# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN HARVEY, Plaintiff, vs. HOME DEPOT U.S.A., INC., et al. Defendants. | CASE NO. 19cv2490-LAB (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 11]** |
|---|---|

The parties' joint motion to dismiss is **GRANTED**. Dkt. 11. This action is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 27, 2020

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge